IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID HALE**                                                                                              **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO: 1:24-cv-44-TBM-RMP**

**CHESTER ESELIN, JR.**                                                          **DEFENDANT**

## **DEFAULT JUDGMENT**

In accordance with, and pursuant to, the Order Granting Motion for Default Judgment [6] entered this same day, the Court finds Plaintiff David Hale is entitled to a default judgment against Defendant Chester Eselin, Jr., related to violations of the Americans with Disabilities Act ("ADA") at the Metro Serve Gas Station. *See* 42 U.S.C. § 12181. This CASE is CLOSED.

This, the 8th day of August, 2024.

                                                                             _____
                                                                             TAYLOR B. McNEEL
                                                                             UNITED STATES DISTRICT JUDGE